**Electronically Filed
Supreme Court
SCWC-20-0000486
27-MAY-2025
02:28 PM
Dkt. 10 ODAC**

SCWC-20-0000486

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

WEST SUNSET 32 PHASE 1, LLC; CHARLES SOMERS,
as Trustee of the Charles Somers Living Trust; and
CHARLES SOMERS, Individually,
Petitioners/Petitioners-Appellants-Appellees/Cross-Appellees,

v.

COUNTY OF KAUA'I PLANNING COMMISSION; COUNTY OF
KAUA'I PLANNING DEPARTMENT, by its Director Ka'aina Hull,
Respondents/Appellees-Appellees/Cross-Appellants,
and
MICHAEL A. KAPLAN, Trustee of the Michael A. Kaplan
Revocable Trust, dated August 12, 1992 as amended and
restated by the instrument dated July 16, 2017,
Respondent/Respondent-Appellee-Appellant/Cross-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000486; CIVIL NO. 5CC191000105)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioners' Application for Writ of Certiorari, filed on March 31, 2025, is hereby rejected.

DATED: Honolulu, Hawai'i, May 27, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

